**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DUSTIN HENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-06-215-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court are the Findings and Recommendation of United States Magistrate Judge Shon T. Erwin entered January 8, 2007 [Doc. No. 13]. No objection to the Findings and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Findings and Recommendation are ADOPTED in their entirety and the decision of the Commissioner of the Social Security Administration is AFFIRMED.

**It is so ordered this 31st day of January, 2007.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE